**Order entered May 19, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00068-CV

### IN THE INTEREST OF P.J.H. AND M.J.H., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85368**

### ORDER

By order dated May 14, 2021, we ordered the court reporter to file, within fifteen days, either the reporter's record or written verification that appellant has not paid or made arrangement to pay for the reporter's record. We cautioned appellant that if we received verification of nonpayment, we would order the appeal submitted without the reporter's record. By letter filed on May 17, 2021, the court reporter notified the Court that appellant has not made payment. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file her brief on the merits **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Shannon Sudderth, Official Court Reporter for the 354th Judicial District Court; and, all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE